IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
File No. <u>4:98-CV-73-H3</u>

| | | |
|---|---|---|
| DEBRA MORRIS BUTLER, | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | **PLAINTIFF'S IDENTIFICATION OF** |
| | ) | **WITNESSES AND EXHIBITS** |
| SMITHFIELD FOODS, | ) | |
| INCORPORATED, | ) | **Rule 26(a)(3)** |
| Defendant | ) | |

NOW COMES the plaintiff, by and through undersigned counsel, and submits her final lists of witnesses and exhibits pursuant to Rule 26(a)(3) as follows:

### PLAINTIFF'S WITNESS LIST

1. Debra Morris Butler
   2815 Brookhaven Drive
   Kinston, NC 28504

2. Sherman Gilliland
   Human Resources Manager
   Smithfield Foods, Inc.
   2602 W. Vernon Avenue.
   Kinston, NC 28501

3. John Oliver, Vice President (Kinston Plant)
   Plant Manager
   Smithfield Foods, Inc.
   2602 W. Vernon Avenue.
   Kinston, NC 28501

4. Luis Lopez
   Former Human Resources Manager
   Address to be provided

5. Herb DeGroft
   Human Resources Manager
   Smithfield Foods, Inc.
   Smithfield, Virginia



**PARTIALLY SCANNED**

6. Tom Ross
   Vice President
   Human Resources
   Smithfield Foods, Inc.
   Smithfield, Virginia

7. Angela Thompson
   Former Controller
   Smithfield Foods, Inc.
   Pleasant Hill Road
   Pink Hill, NC 28572

8. Cindy Pate
   Nurse
   Smithfield Foods, Inc.
   2602 W. Vernon Avenue
   Kinston, NC 28501

9. Wilbur Heath
   Smithfield Foods, Inc.
   2602 W. Vernon Avenue
   Kinston, NC 28501

10. Jesse Chase
    Smithfield Foods, Inc.
    2602 W. Vernon Avenue
    Kinston, NC 28501

11. Pearl Moore
    Plant Manager
    Smithfield Foods, Inc.
    Kinston, North Carolina

12. George Butler
    2815 Brookhaven Drive
    Kinston, NC 28501

## PLAINTIFF'S EXHIBIT LIST

1. Deposition of Debra Morris Butler

2. Deposition of Cliff Butler

3. Smithfield Packing Co., Kinston Plant, Organizational Chart (Exhibit 1 to D. Butler deposition)

4. Pictures taken during Christmas luncheon at Smithfield Foods in Kinston

5. Job Description Form for "Plant Nurse" for Smithfield Packing Company, Kinston, North Carolina

6. Debra Butler's letter/grievance dated December 17, 1996

7. Department Memo to All Employees from John Oliver dated November 1, 1996

8. Memo to All Smithfield Packing Company Office Employees at All Locations from Lewis R. Little dated November 20, 1996

9. Smithfield Packing Company Policy re: Handling Employee Complaints/Grievances effective 10/6/80

10. Smithfield Packing Co. Department Memo dated January 15, 1996.

11. Debra Butler's Charge of Discrimination to EEOC dated April 22, 1997

12. Memo of Debra Butler (undated) beginning "All hearing protection taken out of clinic...."

13. Memo of Debra Butler (undated) beginning "Started to work at Smithfield Packing 10-23-95...."

14. Memo of Debra Butler dated November 16, 1995

15. Memo of Debra Butler dated December 27, 1995

16. Memo of Debra Butler dated January 7, 1996

17. Memo of Debra Butler dated January 16, 1996

18. Memo of Debra Butler dated February 7, 1996

19. Memo of Debra Butler dated February 14, 1996

20. Memo of Debra Butler dated May 3, 1996

21. Memo of Debra Butler dated May 24, 1996

22. Memo of Debra Butler beginning "Middle to Last Part of May 96"

23. Memo of Debra Butler dated June 3, 1996

24. Memo of Debra Butler dated June 10, 1996; June 11, 1996; June 12, 1996; June 13, 1996; June 14, 1996; and June 17, 1996.

25. Memo of Debra Butler dated July 17, 1996

26. Memo of Debra Butler dated August 27, 1996

27. Memo of Debra Butler dated October 23, 1996

28. Memo of Debra Butler dated November 1, 1996

29. Memo of Debra Butler dated November 20, 1996

30. Memo of Debra Butler beginning "On December 19th I was called to Oliver's office..."

31. Memo of Debra Butler dated December 20, 1996

32. Memo of Debra Butler dated December 20, 1996 to Evans, Lopez and Oliver

33. Memo of Debra Butler dated January 6, 1997

34. Memo of Debra Butler dated January 7, 1997

35. Memo of Debra Butler dated January 8, 1997

36. Memo of Debra Butler dated January 9, 1997

37. Memo from John Oliver to Personnel Clerk and Clinic Personnel dated January 10, 1997

38. Memo of Debra Butler dated January 15, 1997

39. Memo of Debra Butler dated January 17, 1997

40. Memo of Debra Butler beginning "On March 25, 1997...."

41. Memo of Debra Butler to Sherman Gilliland dated April 17, 1997

42. Note left on desk of Debra Butler on April 23, 1997

43. Debra Butler's list of qualifications as of October 12, 1995.

44. Exhibits 1-18 to the deposition of Luis Lopez

    (a) Letter dated November 2, 1996

    (b) Fax for Herb DeGroft DTD January 2, 1997

    (c) Letter dated November 21, 1996

    (d) Letter dated December 17, 1996

    (e) Letter dated December 19, 1996

    (f) Letter dated January 7, 1997

    (g) Letter dated January 10, 1997

    (h) Handwritten Memo dated January 10, 1997

    (i) Confidential Memo dated January 10, 1997

    (j) Memo for Record dated January 14, 1997

    (k) Handwritten Memo dated January 17, 1997

    (l) Handwritten Memo dated January 17, 1997

    (m) Letter dated January 17, 1996

    (n) Letter dated January 17, 1997

    (o) Handwritten Memo dated January 21, 1997

    (p) Handwritten Memo dated January 22, 1997

    (q) Handwritten Memo to Mr. Oliver

    (r) Guards' time sheet

45. Deposition of Luis Lopez (if unable to appear).

46. Any and all exhibits introduced by defendant.

Respectfully submitted this the _1st_ day of April, 1999.

DAVID P. VOERMAN
Attorney for Plaintiff

*[signature]*

DAVID P. VOERMAN
50 Shoreline Drive
Post Office Box 12485
New Bern, NC 28561-2485
Telephone: (252) 638-5611
Facsimile: (252) 638-6958

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing **PLAINTIFF'S IDENTIFICATION OF WITNESSES AND EXHIBITS** was served upon counsel of record for the defendant by depositing the same in a properly addressed and postpaid wrapper in an official depository under the exclusive care and custody of the United States Postal Service, New Bern, North Carolina and addressed to:

>Joel H. Katz
>Michael C. Lord
>Maupin Taylor & Ellis, P.A.
>Post Office Drawer 19764
>Raleigh, North Carolina 27619-9764

This the /2th day of April, 1999.

>DAVID P. VOERMAN
>Attorney for Plaintiff

>DAVID P. VOERMAN
>50 Shoreline Drive
>Post Office Box 12485
>New Bern, NC 28561-2485
>Telephone: (252) 638-5611
>Facsimile: (252) 638-6958

# Note:

## This Is Only A Partially Scanned Document.

## Please See Case File For Attachments, Exhibits, Affidavits Or Other Material Which Has Not Been Scanned