# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NORTH CAROLINA

DEBRA MORRIS BUTLER,
    Plaintiff

v.

SMITHFIELD FOODS, INC.,
    Defendant

JUDGMENT IN A CIVIL CASE

CASE NO. 4:98-CV-73-H3

_____ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED defendant's motion for summary judgment is hereby granted and this case is closed.

**SO ORDERED - s/Malcolm J. Howard, United States District Judge.**

**The Above Judgment filed and entered April 6, 1999 and copies mailed to:**

David P. Voerman
Attorney at Law
P.O. Box 12485
New Bern, NC 28561-2485

Joel H. Katz &
Michael C. Lord
Attorneys at Law
P.O. Drawer 19764
Raleigh, NC 27619

April 6, 1999
Date

David W. Daniel
DAVID W. DANIEL, CLERK

(By) Deputy Clerk