IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
File No. 4:98-CV-73-H3

| | |
|---|---|
| DEBRA MORRIS BUTLER,<br>Plaintiff<br><br>v.<br><br>SMITHFIELD FOODS,<br>INCORPORATED,<br>Defendant | **NOTICE OF FILING** |

NOW COMES the plaintiff in the above-entitled case, by and through her undersigned attorney, and hereby gives notice of filing of the following documents with the Court in opposition to the defendant's motion for summary judgment in this case:

1. The complete deposition, along with exhibits attached thereto of Luiz Lopez taken on or about January 27, 1998.

2. The complete deposition of Angela Thompson, taken on or about January 27, 1998.

3. The complete deposition of Debra Morris Butler, Volume I and Volume II, taken on December 14, 1998 and December 15, 1998.

The plaintiff requests that these depositions be considered in opposition to the defendant's motion for summary judgment and submits the entire depositions since the vast majority of the material contained therein is relevant and material to the determination of the summary judgment motion in this case, and because the deposition contains sworn testimony which should be considered in opposition to the defendant's motion for summary judgment in this case.

Respectfully submitted this the 5th day of April, 1999.

DAVID P. VOERMAN
Attorney for Plaintiff

_____
DAVID P. VOERMAN
50 Shoreline Drive
Post Office Box 12485
New Bern, NC 28561-2485
Telephone: (252) 638-5611
Facsimile: (252) 638-6958

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing **Notice of Filing** was served upon counsel of record for the defendant by depositing the same in a properly addressed and postpaid wrapper in an official depository under the exclusive care and custody of the United States Postal Service, New Bern, North Carolina and addressed to:

> Michael C. Lord
> Joel H. Katz
> Maupin Taylor & Ellis, P.A.
> Post Office Drawer 19764
> Raleigh, North Carolina 27619-9764

This the 5th day of April, 1999.

        DAVID P. VOERMAN
        Attorney for Plaintiff

        */s/ David P. Voerman*

        DAVID P. VOERMAN
        50 Shoreline Drive
        Post Office Box 12485
        New Bern, NC 28561-2485
        Telephone: (252) 638-5611
        Facsimile: (252) 638-6958